Catharine A. Wilson, Respondent, *v.* Metropolitan Street Railway Company, Appellant.

*Wilson* v. *Metropolitan Street Ry. Co.*, 112 App. Div. 908, affirmed. (Argued April 30, 1907; decided May 21, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 9, 1906, affirming a judgment in favor of plaintiff entered

upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Abel Crook* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.   Not sitting : GRAY, J.